UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICARDO MANUEL MONGE
LUNA,

        Petitioner,

      v.

WARDEN, FLORIDA SOFT SIDED
FACILITY SOUTH *et al.*,

        Respondents,

Case No.:  2:26-cv-01454-SPC-NPM

_____/

## OPINION AND ORDER

Before the Court are petitioner Ricardo Manuel Monge Luna's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 15). For the below reasons, the Court denies the petition.

Monge Luna is a native and citizen of Nicaragua who applied for admission to the United States on August 3, 2018.  The Department of Homeland Security issued a notice to appear on September 10, 2018, and an immigration judge ordered Monge Luna removed on February 16, 2024. Immigration and Customs Enforcement ("ICE") detained Monge Luna on February 23, 2026.  On April 27, 2026, Monge Luna filed this habeas action, arguing his detention without a bond hearing violated the Fifth Amendment and the Immigration and Nationality Act.

ICE removed Monge Luna from the United States on May 2, 2026. ICE acknowledges removal was unlawful because Monge Luna has a pending appeal before the Board of Immigration Appeals, and the government is working to facilitate his return. Given the Eleventh Circuit's recent decision in *See Hernandez Alvarez v. Warden*, --- F.4th ---, 2026 WL 1243395 (11th Cir. 2026), it is clear Monge Luna will be entitled to a bond hearing if the government decides to detain him after his return.

The Eleventh Circuit has held that a challenge to immigration detention becomes moot if the petitioner is subsequently deported. *Salmeron-Salmeron v. Spivey*, 926 F.3d 1283, 1290 (11th Cir. 2019). Accordingly, this action is **DISMISSED as moot**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on May 15, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1